UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| WALLACE STILZ, III, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>    v.<br><br>PEOPLES STATE BANK OF NEWTON, ILLINOIS,<br><br>        Defendant. | Case No. 12-cr-992-JPG-SCW |

## MEMORANDUM AND ORDER

Upon review, it appears that this case involves legal issues indistinguishable from those in *Stilz v. Market Street Bancshares, Inc.*, Case No. 12-cv-628-GPM-DGW, which was assigned to the Honorable G. Patrick Murphy.  Accordingly, to preserve judicial economy, for the convenience of the parties and to avoid inconsistent judgments, the undersigned judge hereby **TRANSFERS** this case to Judge Murphy for all further proceedings.  All further documents shall bear Case No. 12-cv-992-GPM-SCW.

**IT IS SO ORDERED.**
**DATED:  October 11, 2012**

                                        s/ J. Phil Gilbert
                                        **J. PHIL GILBERT**
                                        **DISTRICT JUDGE**